UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA ISABEL AREVALO-VALADEZ,<br>Plaintiff,<br>v.<br>ALEJANDRO MAYORKAS, et al.,<br>Defendants. | Case No. 21-cv-01254-SVK<br><br>**JUDGMENT** |

In accordance with the Court's October 26, 2021 order granting Defendants' motion to dismiss, judgment is hereby entered in favor of Defendants and against Plaintiff. The Clerk of Court shall close the file in this matter.

**SO ORDERED.**

Dated: October 26, 2021

_____
SUSAN VAN KEULEN
United States Magistrate Judge